| | |
|---|---|
| 1 | Fraser McAlpine (State Bar No. 248554) |
| 2 | Lisa Barnett Sween (State Bar No. 191155) |
|   | Stephanie Yang (State Bar No. 280006) |
| 3 | JACKSON LEWIS P.C. |
|   | 50 California Street, 9th Floor |
| 4 | San Francisco, California  94111-4615 |
|   | Telephone:  (415) 394-9400 |
| 5 | Facsimile:  (415) 394-9401 |
|   | E-mails:    fraser.mcalpine@jacksonlewis.com |
| 6 |                    lisa.sween@jacksonlewis.com |
|   |                    stephanie.yang@jacksonlewis.com |

Attorneys for Defendant
COUCH DISTRIBUTING COMPANY, INC.

Douglas Han (Cal. State Bar No. 232858)
Shunt Tatavos-Gharajeh (Cal. State Bar No. 272164)
JUSTICE LAW CORPORATION
411 North Central Avenue, Suite 500
Glendale, California 91203
Telephone: (818) 230-7502
Facsimile: (818) 230-7259
dhan@justicelawcorp.com
statavos@justicelawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MADRIGAL and MANUEL BECERRA, as individuals and on behalf of all others similarly situated, | Case No.  5:16-CV-401 NC |
| Plaintiffs, | **STIPULATION** AND ORDER TO REMAND |
| v. | |
| COUCH DISTRIBUTING COMPANY, INC., a California Corporation; and DOES 1 through 50, inclusive, | Complaint Filed:  December 3, 2015 |
| Defendants. | Removal Filed:    January 22, 2016 |
| | Trial Date:           None set. |

4825-3251-1022, v. 3

1

STIPULATION                                                                                               Case No.  5:16-CV-401 NC

1  Plaintiffs Edgardo Madrigal and Manuel Becerra and Defendant Couch Distributing
2  Company, Inc., hereby stipulate that this civil action shall be remanded to the Santa Cruz County
3  Superior Court. The parties shall bear their own costs and expenses.

Dated: March 7, 2016                JACKSON LEWIS P.C.

                        By:    /s/ Fraser A. McAlpine
                               Fraser A. McAlpine
                               Lisa Barnett Sween
                               Stephanie Yang
                               Attorneys for Defendants
                               COUCH DISTRIBUTING COMPANY, INC.

Dated: March 7, 2016                JUSTICE LAW CORPORATION

                        By:    /s/ Douglas Han
                               Douglas Han
                               Shunt Tatavos-Gharajeh
                               Attorneys for Plaintiffs

**ORDER**

Pursuant to the stipulation of the Parties, the Court hereby remands this case to the Santa Cruz County Superior Court. The parties shall bear their own costs and expenses.

Date: March 7, 2016

_____
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

4825-3251-1022, v. 3
STIPULATION                              2                     Case No. 5:16-CV-401 NC